FILED'06 MAY 25 10:28USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case Number CR 91-90-PA |
| | ) | |
| v. | ) | |
| | ) | **REVOCATION OF SUPERVISED** |
| BRIAN KEITH GEORGE, | ) | **RELEASE AND JUDGMENT AND** |
| | ) | **COMMITMENT ORDER** |
| Defendant. | ) | |

On September 23, 1991, the Court, sitting at Portland, Oregon, placed defendant on Supervised Release for a period of five (5) years. General terms and conditions were imposed and adopted by the Court as well as special terms and conditions as follows:

1) Defendant shall make restitution in the amount of $6,000. Any unpaid balance at the time of release from custody shall be paid at the rate of $100 per month.

2) Defendant shall participate in a substance abuse treatment program as directed by the probation officer, which may include urinalysis testing to determine if the defendant has used drugs or alcohol.

3) Defendant shall submit to a search of his person, place or residence or vehicle at such reasonable times and in a reasonable manner, as directed by the probation officer.

The term of Supervised Release commenced May 12, 2000.

On July 20, 2001, the Court issued a warrant and order to show cause why defendant's term

Page 1 - REVOCATION OF SUPERVISED RELEASE
          AND JUDGMENT AND COMMITMENT ORDER

of Supervised Release should not be revoked based on the Probation Officer's allegations that defendant violated conditions of his Supervised Release.

On May 23, 2006, defendant appeared with counsel before this Court and a hearing was held to determine whether defendant's supervised release should be revoked. The defendant admitted that he had violated the conditions of supervised release by violation of Standard Condition No. 1, committing new law violations.

THE COURT FINDS that defendant has violated the terms of his supervised release, by committing new law violations of Burglary I, Burglary II, Theft I and Theft II.

It now appearing to the Court that defendant is no longer suitable for continued community supervision,

IT IS ORDERED that defendant's term of Supervised Release is revoked and defendant is committed to the custody of the Bureau of Prisons for a period of eighteen (18) months, with no reimposition of supervised release.

IT IS FURTHER ORDERED that the Court recommends FDC SeaTac, Seattle, Washington, as the place of confinement if the defendant is otherwise qualified pursuant to the Bureau of Prisons policies.

DATED this 24 day of May, 2006.

Honorable Owen M. Panner
United States District Judge

Page 2 - REVOCATION OF SUPERVISED RELEASE
         AND JUDGMENT AND COMMITMENT ORDER